**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SHERMAN JILTON, ) | |
| ) | 16 C 4354 |
| Plaintiff, ) | |
| ) | Honorable Judge |
| vs. ) | Elaine E. Bucklo |
| ) | |
| SHERIFF, et. al., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

NOW COMES Plaintiff Sherman Jilton by and through his attorney, Law Offices of Kevin E. O'Reilly, LLC (hereinafter "Plaintiff"), and Defendant Sheriff Thomas Dart, Dr. Tapia Jones and Cook County (hereinafter "Defendants"), by and through their attorney Kimberly M. Foxx, through her Assistant State's Attorney Allyson L. West, and moves this Honorable Court as follows:

1. The Parties stipulate to the dismissal of the PLAINTIFF'S claims against the DEFENDANTS, with prejudice and without costs because the matter has been settled to the mutual satisfaction of the Parties.

2. The parties pray that the Court will enter an order of dismissal terminating the case against the DEFENDANTS, in its entirety.

WHEREFORE, Plaintiff and Defendants pray that this Honorable Court enter an order of dismissal terminating the case against DEFENDANTS, in its entirety, *with prejudice* and without costs.

| For Plaintiff: | For Defendant: |
|---|---|
| /s/Kevin E. O'Reilly (with consent) | /s/ Allyson L. West |
| Kevin E. O'Reilly | Allyson L. West |
| Three First National Plaza | Assistant State's Attorney |
| 70 W. Madison Street | 500 Richard J. Daley Center |
| Suite 2100 | Chicago, Illinois 60602 |
| Chicago, Illinois 60602 | |